THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rodney Manning, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2008-UP-062
Submitted January 1, 2008  Filed January
17, 2008    

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant,
 and Solicitor Warren B. Giese, of Columbia.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Rodney Manning (Appellant) pled guilty to breaking into a motor vehicle and
 petit larceny.  He was sentenced to concurrent prison terms of three years and
 thirty days, respectively.  On appeal, counsel for Appellant has filed a final
 brief along with a petition to be relieved as counsel.  Appellant has not filed
 a pro se response.  After a thorough review of the record
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels petition to be relieved.         
APPEAL DISMISSED.[1]
HEARN, C.J., and KITTREDGE and THOMAS, JJ., concur.

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.